IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL C. PIGNATO, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 2:19-cv-0261-SCJ-JCF |
| | ) | |
| PHH MORTGAGE CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

Defendant PHH Mortgage Corporation ("PHH") submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, as follows:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Samuel C. Pignato, *pro se*

    b. Defendant PHH is a wholly-owned subsidiary of Ocwen Financial Corporation, a publicly-traded corporation whose stocked trades under the ticker symbol "OCN." No publicly-held corporation owns

10% or more of Ocwen Financial Corporation's stock. PHH is represented by Mark J. Windham of TROUTMAN SANDERS LLP.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Counsel is not aware of any other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

a. For Plaintiff Samuel C. Pignato:

Samuel C. Pignato (pro se)

b. For PHH:

Mark J. Windham

TROUTMAN SANDERS LLP

This 5th day of December 2019.

                                              */s/ Mark J. Windham*
                                              Mark J. Windham
                                              Georgia Bar No. 113194

TROUTMAN SANDERS LLP
3000 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: 404-885-3917
E-mail: mark.windham@troutman.com
*Counsel for PHH Mortgage Corporation*

# CERTIFICATE OF SERVICE, FONT AND MARGINS

I certify that I have on this day served a true copy of the within and foregoing ***Certificate of Interested Persons and Corporate Disclosure Statement*** by using the Court's ECF system, which will send notice of this filing to all counsel of record, and via Federal Express, postage prepaid, addressed as follows:

>Samuel C. Pignato
>326 Fulton Road
>Tiger, GA 30576
>*Pro Se Plaintiff*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court. This 5th day of December 2019.

>*/s/ Mark J. Windham*
>Mark J. Windham
>Georgia Bar No. 113194