FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

DEC 20 2019

JAMES N. HATTEN, Clerk
By: DR  Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Samuel C. Pignato,<br>Plaintiff<br><br>v.<br><br>PHH MORTGAGE<br>Defendant | CIVIL ACTION<br>FILE NO: **2:19-cv-00261-SCJ-JCF** |

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff, Samuel C. Pignato, hereby files this Certificate of Interested Persons statement pursuant to LR 3.3 NDGa and Fed. R. Civ. P. 7.1, Plaintiff states as follows:

Plaintiff has until the 24th of December 2019 to file this certificate.

(1) The undersigned Plaintiff, proceeding *in propria persona,* certifies that the following is a full and complete list of all parties in this action.

1

Plaintiff:              Samuel C. Pignato

Defendant:         PHH MORTGAGE

Defendant's Counsel:     Mark James Windham

Troutman Sanders, LLP-ATL

(2) The undersigned further certifies that the following is a full and complete list of all other person, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

To the best of the Plaintiff's knowledge, none.

Signature on the next page

Respectfully submitted, this **18TH** day of **DECEMBER**, 20**19**

By: _____

Samuel C. Pignato,
Sui Juris in Propria Persona
326 Fulton Road
Tiger, GA 30576
561-460-2964

Mailing address:

4850 Sugarloaf Pkwy #209-178
Lawrenceville, GA 30044

1

## **CERTIFICATE OF SERVICE, FONT AND MARGINS**

This is to certify that I have this day served the within and foregoing

_____*Certificate of Interested Persons*_____ by placing a

true and correct copy of same in the United States Mail, with prepaid first-class

postage affixed thereto, properly addressed as follows:

Federal Court Northern District Atlanta
121 Spring Street Southeast
Gainesville, GA 30501
*Attn: Clerk of Court*

Mark James Windham
Troutman Sanders, LLP-ATL
Bank of America Plaza, Suite 3000
600 Peachtree St., NE
Atlanta, GA 30308-2216
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby further certify that this document complies with the margin, font and paper type requirements of this Court, and is in 14 point Times New Roman font.

Respectfully submitted, this __18th__ day of __December__, 20__19__

By: _____

Samuel C. Pignato,
Sui Juris in Propria Persona
326 Fulton Road
Tiger, GA 30576
561-460-2964

## PLAINTIFF'S NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document or thing: _Cert of Interested Persons_.

This document was not filed electronically because Plaintiff is excused from filing this document or thing electronically by Administrative Procedures For Filing, Signing and Verifying Pleadings and Papers By Electronic Means, Section III-B. The document or thing has been manually served on all parties.

Respectfully submitted, this _18th_ day of _December_, 20_19_

By: _[signature]_

Samuel C. Pignato,
Sui Juris in Propria Persona